

NUMBER 13-08-00155-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

CHARLES WILLIAM GREEN,                                          Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

---

On appeal from the 103rd District Court
of Cameron County, Texas.

---

MEMORANDUM OPINION

Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant, Charles William Green, pro se, has filed a motion to abate and/or dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, the motion to abate is denied. No motion for rehearing will

be entertained, and our mandate will issue forthwith.  Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Delivered and filed
this 14th day of January, 2010.